## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                                                                          CASE NO.  3:09cr8 LAC

ROBERT CHRISTOPHER MORADO

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on     May 11, 2009
Motion/Pleadings:  SEALED SECOND MOTION TO CONTINUE SENTENCING
Filed by  DEFENDANT                on 5/11/09          Doc.# 27

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.
__x___ Unopposed     _____ Consented

                                                                   WILLIAM M. McCOOL, CLERK OF COURT

                                                                   *s/Mary Maloy*
LC (1 OR 2)                             Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of May, 2009, that:*

*(a) The relief requested is **GRANTED.***

*(b) Sentencing continued to 19 May, 2009 @ 10:30 am.*

                                                                             *s/L.A. Collier*
                                                                         ***LACEY A. COLLIER***
                                                      *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.