UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   DKT #3:09CR8-001/LAC |
| | ) |
| ROBERT C. MORADO | ) |

## ORDER HOLDING VIOLATIONS IN ABEYANCE AND MODIFYING THE CONDITIONS OF SUPERVISION

THIS MATTER CAME to be heard for a violation hearing on August 27, 2020; there appearing, Assistant U.S. Attorney Walter Narramore; and the defendant, Robert C. Morado, appearing in person with counsel, Assistant Federal Public Defender Randall Lockhart.

Based on the information provided, the statements of all parties and the information contained in the violation report, the Court rules to hold the violations in abeyance. The term of supervised release is continued, with modification of the conditions of supervision as follows:

*"The defendant shall remain in and successfully complete the REAP program."*

It is further ordered that all other portions of the sentence previously imposed shall remain in full force and effect.

**DONE AND ORDERED** in Open Court at Pensacola, Florida, this 27th day of August 2020.

Lacey A. Collier
Senior United States District Judge

Date Signed: 8 Sept 20